COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Mary Lynn Kantara Gerke v. Jamil James Kantara

Appellate case number:   01-14-00082-CV

Trial court case number:  2011-46281

Trial court:             311th District Court of Harris County

      Ashley V. Tomlinson, counsel for appellant, Mary Lynn Kantara Gerke, has filed a motion to withdraw as appellant's counsel of record in this appeal. Appellant has filed a contest to the withdrawal of her counsel.

      Counsel's motion to withdraw does not contain a list of current deadlines and settings in the case and does not state that a copy of the motion was "delivered to the party in person or mailed—both by certified and first-class mail—to the party at the party's last known address." *See* TEX. R. APP. P. 6.5(a)(1), (3),(b). The motion to withdraw is **denied.**

      Appellant's contest to the withdrawal of her counsel is dismissed as moot.

      It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                ☑ Acting individually     ☐ Acting for the Court

Date:  December 3, 2014